FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 FEB 21  PM 1:48

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-196 KG |
| ) | |
| vs. ) | 18 U.S.C. § 2251(a): Production of |
| ) | Child Pornography |
| **RACHEL MICHELLE CRUTCHER,** ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about October 7, 2022, in Eddy County, in the District of New Mexico, and elsewhere, the defendant, **RACHEL MICHELLE CRUTCHER,** did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, as defined by 18 U.S.C. § 2256(2)(A), for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 2251, 2252A, the defendant, **RACHEL MICHELLE CRUTCHER,** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253 any matter which contains visual depictions produced, transported, mailed, shipped, or received in violation of Chapter 110, of United States Code Title 18; any property, real or personal, constituting or traceable to gross profits, or other proceeds obtained from such offense; and any

property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a. LG Cellular Phone with gray back
b. Amazon Tablet Model: M8S26G
c. HP Chromebook x360 Model: 14aca0090wm, Serial Number 5CD044HN8F
d. LG Cellular phone, cracked screen, with beige back
e. Samsung Cellular Phone Model: SM-J72T2, IMEI 355620-08-188468/2
f. HP Laptop Model :15-bs144wm, Serial Number CND9023C7
g. 8GB Micro SD Card MMD8GBSM2691-TO DM7T231P
h. Aspire 7560 Series Laptop Model P7YE5, Serial Number LXRKJ020271491290B1601
i. LG Cellular Phone Model: LG-SP200, Serial Number 804VTSM0770566
j. Sports Cam Full HD 1080p
k. Omni 2 Camera AE0434D00143
l. Cloak Cam 1080
m. 5 CD Optical Disks
n. Play Station 4 Sony CUH 2215A
o. Xbox One S Serial Number 174021683616
p. Black Kyocera Cell Phone
q. Celero 5g Cellular Phone
r. Samsung Cellular Phone SM-J327T1, IMEI: 352001/009/728600/1
s. T Mobile Cellular Phone IMEI: 763892053374308

t. Purple HP Stream Laptop with SD Card

u. Blue HP 2000 Notebook PC Serial Number 5CG3203MJ6

v. Compaq Presario Serial Number CNH44202SG

w. Samsung Galaxy A12 Cellular Phone Model: SM-A125U1/DS, Serial Number R58RA3ZL820, IMEI 352945784320855

x. Samsung Galaxy A12 Cellular Phone Model: SM-A125U1/DS, Serial Number R58RA22-LMPX, IMEI 352945784100562

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Marisa Ong*

MARISA A. ONG
MATILDA M. VILLALOBOS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304